UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-262-ECR-RJJ |
| vs. | ) | |
| KHALID ALI, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Defendant Khalid Ali's Second Emergency Request to Extend Surrender Date (#62).

The Court having reviewed the Second Emergency Request (#62) and the Response (#65) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Khalid Ali's Second Emergency Request to Extend Surrender Date (#62) is **GRANTED**.

IT IS FURTHER ORDERED that Defendant Khalid Ali's surrender date is extended to January 1, 2012.

DATED this __31th__ day of October, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge